## Garrison v. Kimbrough.

*New Trial.*

(Decided Dec. 21, 1905, 39 So. Rep. 1027.)

APPEAL from Marengo Circuit Court.
Heard before Hon. JOHN C. ANDERSON.

MILLER & HERBERT, for appellant.

CANTERBUURY & GILDER, for appellee.

Affirmed.

Opinion by TYSON, J.

HARALSON, DOWDELL, SIMPSON and DENSON, JJ., concur.